## CLARK v. THE STATE.

BECK, J. No errors of law being complained of, and there being sufficient evidence to support the verdict, the judgment of the court below, in refusing a new trial, will not be disturbed.

*Judgment affirmed. All the Justices concur.*

Argued November 17,—Decided December 16, 1908.

Indictment for murder. Before Judge Rawlings. Emanuel superior court. September 14, 1908.

*Saffold & Larsen,* for plaintiff in error.

*John C. Hart,* attorney-general, *Alfred Herrington,* solicitor-general, and *Hines & Jordan,* contra.